UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA KENNEDY,

    Plaintiff,

v.                                                       Case No. 6:17-cv-548-Orl-37DCI

ROCKET LIQUORS, INC.;
WYNFIELD'S SPORTS BAR, INC.; and
SMOKETOWN, INC.,

    Defendants.

## ORDER

In the instant action, Defendants previously moved for sanctions against Plaintiff based on her failure to comply with the Court's deadline for producing an expert report. (Doc. 24 ("**Motion for Sanctions**").) The Undersigned referred the motion and, on Friday, August, 11, 2017, U.S. Magistrate Judge Daniel C. Irick held a hearing on the Motion for Sanctions. (Doc. 33.) Following the hearing, counsel for Defendants informed the Court by telephone that the parties had reached a settlement.

Defendants now move to dismiss the case with prejudice. (Doc. 34 ("**MTD**").) In the MTD, Defendants also request that the Court order Plaintiff to pay defense counsel the sum of $1,500.00 in attorney's fees and $375 for expert costs within ten days. (*Id.*) Defendants represent that the parties have agreed to the foregoing relief. (*Id.*)

In light of the unopposed nature of the MTD, and Defendant's likelihood of success on the pending Motion for Sanctions, the Court finds that the MTD is due to be

-1-

granted in part under Federal Rule of Civil Procedure 41(a)(2).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Unopposed Motion to Dismiss Case with Prejudice and Award Fees and Costs (Doc. 34) is **GRANTED IN PART AND DENIED IN PART**.

    a. This action is **DISMISSED WITH PREJUDICE**, subject to the right of any party to move to reopen the case within fourteen days to assert non-compliance with this Order. The Court otherwise declines to retain jurisdiction to enforce the terms of the parties' agreement.

    b. On or before Friday, August 25, 2017, Plaintiff is **DIRECTED** to pay defense counsel $1,500.00 in attorney's fees and $375 in expert costs.

2. The Clerk is **DIRECTED** to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 15, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record